IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERBERT SCHMINKEY, | : | Civil Action No. 4:14-CV-01945 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| MARK ADAMS, | : | |
| | : | |
| Defendant. | : | |

**ORDER**
August 8, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT Defendant's Motion for Summary Judgment (ECF No. 23) is DENIED.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge